IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KADEEM NOLAND,

Plaintiff,

v.

KRISTOPHER THARP, *et al.*,

Defendants.

Case No. 21-cv-1000 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/25/2023**     MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**